AO91 (Rev. 12/03) Criminal Complaint  FELONY  AUSA  United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

June 28, 2021

Southern District Of Texas Brownsville Division  Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

David Carlos MAR
A200 941 783 Mexico
AKA David Carlos VELA MAR

**CRIMINAL COMPLAINT**

Case Number: 1:21-MJ-683

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __June 27, 2021__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on June 27, 2021. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on October 21, 2010. The defendant was convicted of Attempted Sexual Assault on September 20, 2010. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had no funds at the time of arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

_____
Signature of Complainant

Imbacuan, Gilbert D.   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

June 28, 2021   at   Brownsville, Texas
Date                      City/State

Ronald G. Morgan    U.S. Magistrate Judge
Name of Judge        Title of Judge               Signature of Judge